NTF
Rev. 11/07

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**Brenda Frank**
 12057 Calle de Montana
#202
El Cajon, CA 92019
xxx–xx–9065
*No Known Aliases*

Case number:  10–05454–LA13
Chapter:  13
Judge  Louise DeCarl Adler

## Notice To Filer Of Errors And/Or Deficiencies in Documents

Document Number **10** filed on: **04/15/10**    Title of Document: **Motion to Extend Time to file schedules**

Pursuant to General Order 162, Federal Rules of Procedure and/or Local Bankruptcy Rules, the following errors or deficiencies have been found with your filed document:

**Document is incomplete: Certificate of service missing.**

**ACTION TAKEN BY COURT**

☐ Aty/Debtor(Pro Se)/Movant contacted on          via ☐ Tel/Voice Mail       ☐ Email  ☐ Mail or Other

**ACTION REQUIRED BY FILER**

**OTHER:**

Dated: 4/16/10

Barry K. Lander
Clerk of the Bankruptcy Court