DAVID L. SKELTON, TRUSTEE  #96250
525 B STREET, SUITE 1430
SAN DIEGO, CA 92101
(619) 338-4006

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| In Re:<br><br>BRENDA FRANK<br><br><br>Debtor. | Chapter 13 Case<br>Case No.  10-05454-LA13<br><br>RESPONSE BY CHAPTER 13<br>TRUSTEE TO EX PARTE<br>MOTION |
|---|---|

The Chapter 13 Trustee comments on the attached ex parte motion/application as follows:

[    ]  The Trustee takes no position

[ X ]  The Trustee has no objection through and including    April 29, 2010

[    ]  The Trustee objects as set forth below:

COMMENTS:


FOR EXTENSION TO FILE STATEMENTS, SCHEDULES & PLAN


Dated:       April 20, 2010                        /s/ David L. Skelton
                                                                  Chapter 13 Standing Trustee